UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HENRY HART,<br><br>    Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 24-CV-5173 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On September 18, 2024, I granted the parties' request for an extension of the deadlines for filing the certified administrative record and subsequent briefing. (*See* ECF 11.) Plaintiff's reply brief was due on April 7, 2025. To date, Plaintiff has neither filed his reply brief nor requested an extension of time to do so. The time for Plaintiff to file his reply brief is extended, sua sponte and nunc pro tunc, to **May 5, 2025**. I do not expect to grant a further extension of this deadline absent good cause shown. If Plaintiff does not file hisreply brief by **May 5, 2025**, I expect to consider the motion fully briefed at that time.

DATED:  April 28, 2025
      New York, NY

                     SO ORDERED.

                     _____
                     **ROBYN F. TARNOFSKY**
                     United States Magistrate Judge