UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HENRY HART,<br><br>                Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendants. | 24-CV-5431 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic status conference is scheduled for **May 13, 2025, at 10:30 AM.** Counsel for the parties are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 980 335 206 #.

DATED:      May 7, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge