# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

May 8, 2025

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Hart v. Commissioner of Social Security,*
                Civil Action 1:24-cv-05431-RFT

Dear Judge Tarnofsky,

        We write on behalf of plaintiff, William Henry Hart, and with the consent of the defendant, to request an adjournment of the May 13, 2025 status conference. The reason for this request is that Mr. Hart's counsel has a bench trial before Magistrate Judge Wicks in the Eastern District of New York beginning on May 12, 2025 and expected to continue through at least May 13, 2025.

        Counsel has communicated with counsel for the Commissioner who does not object to the adjournment. The parties are available for the status conference at the Court's convenience May 19 through May 23 or May 27 through May 30.

        Thank you for your consideration of this request.

> The status conference scheduled for May 13, 2025 is now held on May 20, 2025 at 10:00 AM. Counsel for the parties are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 980 335 206 #.
>
> Date: 5/9/2025   SO ORDERED
> New York, NY
> *[signature]*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com

cc: Fergus Kaiser, Esq. (by ECF)

---

43 West 43rd Street, Suite 131     Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036     Facsimile 212-500-5115     info@osbornlawpc.com