**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

WILLIAM HENRY H.,

                        Plaintiff,                  24 **CIVIL** 05431 (GRJ)

-v-                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 27, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is DENIED; the Commissioner is GRANTED Judgment on the Pleadings, and this case is DISMISSED. Accordingly, the case is closed.

**Dated:** New York, New York

      June 30, 2025

                                                          **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                 **BY:**

                                                              **Deputy Clerk**